**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00145-CV**
**IN THE INTEREST OF S.W.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-238,664**

**MEMORANDUM OPINION**

Mother and Father appeal from an order terminating their parental rights to their minor child, S.W.[1] The trial court found, by clear and convincing evidence, that statutory grounds exist for termination of Mother's and Father's parental rights and that termination of their parental rights would be in the best interest of S.W. *See* Tex. Fam. Code Ann. § 161.001(b)(1) (I), (2).

Mother's and Father's appointed appellate counsel submitted separate briefs in which counsel contends that there are no arguable grounds to be advanced on

---

[1]We refer to the appellants as "Mother" and "Father" and their child by her initials to protect their identities. *See* Tex. R. App. P. 9.8(b)(2).

1

appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The briefs provide counsels' professional evaluation of the record. Counsel served Mother and Father with a copy of the *Anders* brief filed on their behalf. This Court notified Mother and Father of their right to file a *pro se* response, as well as the deadline for doing so. This Court did not receive a *pro se* response from either parent.

We have independently reviewed the appellate record and counsels' briefs, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's order terminating Mother's and Father's parental rights.

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on September 8, 2021
Opinion Delivered September 23, 2021

Before Golemon, C.J., Kreger and Horton, JJ.